**LOOMIS et al. v. FEDERAL LAND BANK et al.**

No. 3249.

Court of Civil Appeals of Texas. Beaumont.

Feb. 10, 1938.

Benefield & Glass, of Jefferson, and W. B. Chauncey, of Wichita Falls, for appellants.

A. D. Dyess, of Houston, for appellees.

WALKER, Chief Justice.

Neither party has filed briefs; appeal is dismissed for want of prosecution. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.2d 811.